1  TIMOTHY COURCHAINE
United States Attorney
2  District of Arizona
LON R. LEAVITT
3  Assistant United States Attorney
Arizona State Bar No. 35825
4  Two Renaissance Square
40 North Central Avenue, Suite 1800
5  Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
6  Email: Lon.Leavitt@usdoj.gov
7  *Counsel for the United States of America*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| United States of America *ex rel.* Michelle Nemeh, | No. CV-23-02009-PHX-DGC |
|---|---|
| Plaintiff-Relator, | **THE UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE STATEMENT OF INTEREST IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |
| v. | |
| National Breathe Free Sinus & Allergy Centers, LLC, *et al.*, | |
| Defendants. | |

To protect its interests in pursuing actions under the False Claims Act, 31 U.S.C. §§ 3729-33 ("FCA"), and as the real party in interest, the United States of America respectfully requests leave of Court to file the statement of interest lodged on October 17, 2025 (Doc. 31). The statement of interest opposes Defendants' contention in their initial (Doc. 28) and second (Doc. 38) Motions to Dismiss that the FCA's *qui tam* provisions violate Article II of the Constitution.[1] The United States also requests leave to participate in any oral argument or other hearing that may be held on the Motion to Dismiss.

---

[1] The proposed statement of interest addresses only Defendants' constitutional challenges to the FCA. The United States takes no position on Defendants' other arguments in the second Motion to Dismiss, which was ordered to be filed on December 3, 2025 (Doc. 39).

- 1 -

| | |
|---|---|
| 1 | This motion is supported by the Memorandum of Points and Authorities filed on |
| 2 | October 17, 2025 (Doc. 30), which is incorporated herein by reference pursuant to Local |
| 3 | Rule of Civil Procedure 7.2(d)(2). A proposed order is submitted concurrently herewith. |
| 4 | RESPECTFULLY SUBMITTED December 16, 2025. |

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Lon R. Leavitt*

LON R. LEAVITT
Assistant United States Attorney
*Counsel for the United States of America*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2025, I electronically transmitted the within and foregoing **THE UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE STATEMENT OF INTEREST IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**, together with the accompanying proposed **ORDER**, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed as counsel in this case.

*/s/ Lon R. Leavitt*
Office of the United States Attorney